### WEINHANDLER v. COLONIAL BREWING CO.

(Supreme Court, Appellate Term.     October 4, 1900.)

GUARANTY—LEASE—GUARANTY AGREEMENT—ASSIGNMENT—LIABILITY OF AS-
SIGNEE.
    Where a lease was guarantied by a corporation, and assigned as security to it, and on the dissolution of the company its receiver sold the lease at auction, and the purchaser assigned it to defendant, but in neither assignment was the guaranty assumed, the defendant was not liable thereon.

Appeal from municipal court, borough of Manhattan, Ninth district.

Action by Solomon Weinhandler against the Colonial Brewing Company. From a judgment in favor of plaintiff, defendant appeals. Reversed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GOR-MAN, JJ.

Guggenheimer, Untermyer & Marshall, for appellant.
Sampson H. Weinhandler, for respondent.

PER CURIAM. The defendant is sued as guarantor on a lease. The defense is a general denial, and the record fails to disclose any evidence to support the judgment rendered in favor of the plaintiff. The guaranty agreement was executed by the Bavarian Star Brewery, to which corporation the lease was assigned as security. Subsequently, on a dissolution of this company, its receiver sold the lease at auction, and the purchaser on such sale assigned the same to this defendant, but in neither of these assignments did the assignee

assume the surety obligation, either expressly or by implication (Fernschild v. Brewing Co., 154 N. Y. 667, 49 N. E. 1096), and the judgment must be reversed.

Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.